**Louvon Worthern BURROUGHS, an individual, Plaintiff–Appellant,**

v.

**Angela COREY, in her official capacity as the State Attorney for the Fourth Judicial Circuit of Florida, John Rutherford, in his official capacity as the Sheriff of Duval County, Florida, Defendants–Appellees.**

No. 15–11251.

United States Court of Appeals, Eleventh Circuit.

April 12, 2016.

Andrew Michael Bonderud, Bonderud Law Firm, Ponte Vedra Beach, FL, for Plaintiff–Appellant.

Albert J. Bowden, III, Denise Mayo Harle, Jonathan L. Williams, Attorney General's Office, Tallahassee, FL, Craig Dennis Feiser, Jon Robert Phillips, Office of General Counsel, Meredith Charbula, Patricia M. Dodson, State Attorney's Of-

§ 3553(a).

fice–4th Judicial Circuit, Jacksonville, FL, for Defendants–Appellees.

Before HULL, JULIE CARNES, and BARKSDALE,* Circuit Judges.

PER CURIAM:

After review of the record and the parties' briefs, and with the benefit of oral argument, we find no reversible error in the district court's February 18, 2015 order denying plaintiff Louvon Burroughs's motion for a preliminary injunction and dismissing Burroughs's first amended complaint with prejudice. We find that Burroughs has likely waived her principal arguments on appeal because they either were not raised in the district court or are materially different from the arguments she raised in the district court. In any event, we conclude that Burroughs's constitutional facial challenge to the "cyber-stalking provision" of Florida's stalking statute, Fla. Stat. § 784.048, fails based on the particular record in this case and the limited nature of the arguments on appeal.

**AFFIRMED.**